IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DUSTIN C. WILSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15-cv-00452 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| SWINEY, *et al*, | ) | By:   Norman K. Moon |
|     Defendant(s). | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This __14th__ day of September, 2015.

                                          /s/ Norman K. Moon
                                          NORMAN K. MOON
                                          UNITED STATES DISTRICT JUDGE