IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DUSTIN C. WILSON,** ) | Civil Action No. 7:15cv00452 |
|     **Plaintiff,** ) | |
| ) | ORDER |
| **v.** ) | |
| ) | By: Norman K. Moon |
| **SWINEY,** *et al.*, ) | United States District Judge |
|     **Defendants.** ) | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** and **STRICKEN** from the active docket of this court. I note that this dismissal is without prejudice and, thus, does not prevent Wilson from refiling his claims in a separate civil action subject to the applicable limitations period.

The Clerk is directed to send a copy of this order to plaintiff.

**ENTER**: This 31st day of May, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE